IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 JAN 31  P 5: 10
U.S. DISTRICT COURT
DISTRICT OF MASS

JUAN DELLOSANTOS            :
    Petitioner              :
                            :
VS.                         :   Docket : 01-40010(NMG)
                            :   Hon: Nathaniel M. Gorton
                            :
UNITED STATES OF AMERICA    :
    Respondent              :


## ADDENDUM CITATION OF SUPPLEMENTAL AUTHORITY TO THE SUBMITTED / DECISION PENDING 28 U.S.C.§2255 RELIEF MOTION, DATED: 07-20-2004.

TO THE HONORABLE NATHANIEL M GORTON, THE DISTRICT COURT JUDGE:

Petitioner brings this court attention to the recent decision by the U.S. Supreme Court in **Blakely** vs. **Washington**, 2004 WL 1402697, **BOOKER**, 04-104 and **FANFAN**, 04-105, ( Decision 01-12-2005 respectively). pursuant to federal rule of appellate procedure **28(j)**, as this recent case authority was not available to the petitioner at the time the above mentioned writ of habeas corpus §2255 was submitted July 20, 2004 before this honorable court, which ruling decision is still pending to date.

In Lieu of **BOOKER, FANFAN, and BLAKELY** the Supreme court overturned a sentence enhancement that was not based on facts admitted in the petitioner's guilty plea. Although the **BLAKELY, & BOOKER** holding reversed a state court decision, the decision was based on the principles of **CONSTITUTIONAL SIXTH AMENDMENTS** and is applicable to federal cases as well. Specifically, The Supreme court in **Blakely** said that each and every sentence enhancement that requires a finding of fact must be proven to a jury beyond a reasonable doubt. In other words, the maximum sentence a judge can impose must be based on "facts reflected in the jury verdict or admitted by the petitioner.

However, here this District court improperly enhanced petitioner's sentence because it found " Clear and convincing evidence" that petitioner's is involved in the conspiracies, therefore, it enhanced petitioner's sentence with 37months from 151 months constitutionally authorized sentence to 188 months pursuant to section 3C1.1 of the Federal Sentencing Guidelines. Pursuant to **Blakely** petitioner's sentence should not have been enhanced because of the underlying facts for the District court's determination that petitioner's involvement in the conspiracies, when petitioner was never involved were neither presented to the jury, nor found to be proven beyond a reasonable doubt. SEE: **BLAKELY**, 2004 WL 14026967, at 77 n.111.

## CONCLUSION:

Given The Supreme Court's recent decision in Booker, Fanfan, and Blakely, petitioner's sentence should be vacated/ reversed , constitutionally corrected, and the case should be en banc for re-sentencing, because the jury never determined petitioner's enhancement or obstruction of Justice or impeded the administration of Justice. If it would aid court, petitioner is willing to fully brief this issue and application of **BLAKELY** to this Habeas Corpus § 2255 relief seeking and to his appeal.

WHEREFORE, PETITIONER PRAYS THROUGH THIS COURT TO FORTHWITH GRANT HIS A NEW HEARING FOR THE PURPOSE OF RESENTENCING EN BANC RESENTENCING IS DEEMED APPROPRIATE AND JUST FIT BY THIS COURT.

JANUARY 24, 2005                                RESPECTFULLY SUBMITTED

*Juan de los Santos*

JUAN DELLOSANTOS, pro-se
#16686-265
FCI-LORETTO,
BOX. 1000, LORETTO, PA. 15940

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing Supplemental of Authority upon all parties to this cause by depsoiting a copy, in the U.S. Certified mail, addressed to the following:-

Hon: Nathaniel M. Gorton,
U.S.DISTRICT COURT JUDGE
U.S. DISTRICT COURT OF MASSACHUSETTS,
1 Courthhouse Way,
Boston, MA. 02210-3008
cert:7001-0320-0001-0234-1536

The Court Clerk.
U.S.DISTRICT COURT OF MASSACHUSETTS,
1 Courthouse Way, Suite # 2300
Boston, MA. 02210-3008
cert: 7001-0320-00010234-7453

DAVID HENNESSY, AUSA.
U.S. ATTORNEY DISTRICT OF MASSACHUSETTS,
1 Courthouse way, # 9200,
Boston, MA. 02210-3008

JANUARY 24, 2005

RESPECTFULLY SUBMITTED

*Juan de los Santos*

JUAN DELLOSANTOS , pro-se
#16686-265
FCI-LORETTO,
P.O.BOX. 1000,
Loretto, PA. 15940