UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN DELLOSANTOS )<br>)<br>v.         )<br>)<br>UNITED STATES )   | Civ. No. 04-11624-NMG |

**RESPONDENT'S MOTION TO ENLARGE TIME TO RESPOND TO SECTION 2255**

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and David Hennessy, Assistant U.S. Attorney, and hereby moves to enlarge the time to respond to a petition filed in the above-referenced case for relief under 28 U.S.C. § 2255.

As grounds therefor, the government states as follows:

1. The government's file on this matter has been closed and sent to a warehouse for storage. On information and belief, and on the basis of the papers Dellosantos filed, Dellosantos pleaded guilty to a drug trafficking offense on October 9, 2001 and was sentenced by this Court to serve 188 months in jail.

2. Dellosantos appealed and the Court of Appeals for the First Circuit affirmed the judgment.

3. In January 2005, Dellosantos moved to vacate, set aside, or correct his sentence, pursuant to 28 U.S.C. § 2255. By order dated March 23, 2005, this Court ordered the government to respond within 20 days of receipt of the Court's Order.

4. Counsel for the government requests an additional 90 days to respond. Counsel must obtain Dellosantos' file from the

location to which it was shipped for storage, and re-familiarize himself with the matter.

5.  In addition, counsel has three appellate briefs due in the next six weeks: <u>United States v. Juan Quinones</u>, 03-1061, due on April 8, but subject to a motion by the government to enlarge the time for a response to May 6; <u>United States v. Ruben Salas</u>, 04-1545, due on April 20, 2005, and <u>United States v. Adalberto Robles</u>, 03-1494, due on April 27, 2005.

6.  Dellosantos is currently serving a sentence of 188 months.  The government respectfully submits that allowing this motion will not adversely affect his rights.

7.  No prior motion for a continuance has been made.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:

                _____
                David Hennessy
                Assistant U.S. Attorney

ss. Worcester

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by U.S. Mail on this     day of April, 2005 on Juan Dellosantos, FCI Loretto, P.O. Box 1000, Loretto, Pennsylvania 15940.

                _____
                David Hennessy
                Assistant U.S. Attorney