UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Juan Dellosantos,
           Plaintiff

V.

United States of America,
           Defendant

CIVIL ACTION

NO. 04-11624-NMG

Order of Dismissal
May 9, 2006

Gorton, D. J.

In accordance with the Court's Memorandum & Order (dated 4/26/06, Docket No. 7) denying Motion to Vacate, Set Aside, or Correct Sentence, it is hereby Ordered petition is Dismissed.

Approved,

/s/ Nathaniel M. Goroton,
United States District Judge

By the Court,

/s/ Craig J. Nicewicz
Deputy Clerk

(Dismendo.ord - 09/92)                                                                                          [odism.]