AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

DISTRICT OF

2006 JUN 24 P 3: 04

U.S. DISTRICT COURT
DISTRICT OF MASS

JUAN DELLOSANTOS

V.

UNITED STATES OF AMERICA

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: 04-11624-NMG

---

I, **Juan Dellosantos**, declare that I am the (check appropriate box)

- [x] petitioner/plaintiff
- [ ] respondent/defendant
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes [ ]   No [x]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   N/A

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   N/A

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment   Yes [ ]   No [x]
   b. Rent payments, interest or dividends?   Yes [ ]   No [x]
   c. Pensions, annuities or life insurance payments?   Yes [ ]   No [x]
   d. Gifts or inheritances?   Yes [ ]   No [x]
   e. Any other sources?   Yes [ ]   No [x]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

N/A

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☒   No ☐   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

   **See prison account statement attached hereto**

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/23/06
(Date)

*Juan de los Santos*
Signature of Applicant

---

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____ United States Judge   Date | _____ United States Judge or Magistrate   Date |

Date: 06/20/2006  
Time: 2:18:28 pm  

Facility: LOR  

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified  

**Start Date:** 09/20/2005  
**End Date:** 06/20/2006  
**Inmate Reg#:** 16686265  
**Account Status:** All  
**Institution:** All  

## General Information

| Inmate Reg#: | 16686265 | Living Quarters: | E01-132U |
|---|---|---|---|
| Inmate Name: | DELLOSANTOS, JUAN | Arrived From: | |
| Current Site Name: | Loretto FCI | Transferred To: | |
| Housing Unit: | NORTH | Account Creation Date: | 5/23/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LOR | 09/22/2005 08:47:46 PM | ITS0922 | | | Phone Withdrawal | ($1.00) | | $2.45 |
| LOR | 09/28/2005 09:10:10 PM | ITS0928 | | | Phone Withdrawal | ($2.00) | | $0.45 |
| LOR | 09/29/2005 05:27:59 AM | 70142201 | | | Lockbox - CD | $80.00 | | $80.45 |
| LOR | 10/01/2005 09:40:35 AM | ITS1001 | | | Phone Withdrawal | ($20.00) | | $60.45 |
| LOR | 10/02/2005 05:00:10 PM | ITS1002 | | | Phone Withdrawal | ($5.00) | | $55.45 |
| LOR | 10/03/2005 10:26:15 PM | ITS1003 | | | Phone Withdrawal | ($10.00) | | $45.45 |
| LOR | 10/06/2005 12:40:44 PM | JV0001 | | | Payroll - IPP | $16.20 | | $61.65 |
| LOR | 10/06/2005 01:15:03 PM | IFRP1005 | | | FRP Single Pymt | ($25.00) | | $36.65 |
| LOR | 10/07/2005 04:50:27 PM | ITS1007 | | | Phone Withdrawal | ($10.00) | | $26.65 |
| LOR | 10/08/2005 03:34:55 PM | ITS1008 | | | Phone Withdrawal | ($5.00) | | $21.65 |
| LOR | 10/09/2005 05:35:25 AM | 70142902 | | | Lockbox - CD | $120.00 | | $141.65 |
| LOR | 10/09/2005 01:15:21 PM | ITS1009 | | | Phone Withdrawal | ($5.00) | | $136.65 |
| LOR | 10/11/2005 09:55:12 AM | 36 | | | Sales | ($45.95) | | $90.70 |
| LOR | 10/11/2005 05:40:16 PM | ITS1011 | | | Phone Withdrawal | ($5.00) | | $85.70 |
| LOR | 10/15/2005 01:00:56 PM | ITS1015 | | | Phone Withdrawal | ($5.00) | | $80.70 |
| LOR | 10/16/2005 02:08:59 PM | ITS1016 | | | Phone Withdrawal | ($5.00) | | $75.70 |
| LOR | 10/20/2005 08:00:48 PM | ITS1020 | | | Phone Withdrawal | ($5.00) | | $70.70 |
| LOR | 10/23/2005 03:42:44 PM | ITS1023 | | | Phone Withdrawal | ($5.00) | | $65.70 |
| LOR | 10/26/2005 07:13:39 PM | ITS1026 | | | Phone Withdrawal | ($5.00) | | $60.70 |
| LOR | 10/28/2005 05:20:41 PM | ITS1028 | | | Phone Withdrawal | ($5.00) | | $55.70 |
| LOR | 10/30/2005 03:12:19 PM | ITS1030 | | | Phone Withdrawal | ($10.00) | | $45.70 |

Date: 06/20/2006  
Time: 2:18:29 pm

Facility: LOR

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 16686265 | Living Quarters: | E01-132U |
| Inmate Name: | DELLOSANTOS, JUAN | Arrived From: | |
| Current Site Name: | Loretto FCI | Transferred To: | |
| Housing Unit: | NORTH | Account Creation Date: | 5/23/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LOR | 10/31/2005 06:31:24 PM | ITS1031 | | | Phone Withdrawal | ($5.00) | | $40.70 |
| LOR | 11/02/2005 09:18:13 PM | ITS1102 | | | Phone Withdrawal | ($5.00) | | $35.70 |
| LOR | 11/08/2005 08:43:27 PM | ITS1108 | | | Phone Withdrawal | ($5.00) | | $30.70 |
| LOR | 11/10/2005 08:27:35 AM | FIPP1005 | | | Payroll - IPP | $27.84 | | $58.54 |
| LOR | 11/10/2005 05:29:04 PM | ITS1110 | | | Phone Withdrawal | ($5.00) | | $53.54 |
| LOR | 11/11/2005 10:24:47 PM | ITS1111 | | | Phone Withdrawal | ($5.00) | | $48.54 |
| LOR | 11/14/2005 06:40:35 PM | ITS1114 | | | Phone Withdrawal | ($5.00) | | $43.54 |
| LOR | 11/15/2005 08:19:48 PM | ITS1115 | | | Phone Withdrawal | ($5.00) | | $38.54 |
| LOR | 11/17/2005 05:19:41 PM | ITS1117 | | | Phone Withdrawal | ($3.00) | | $35.54 |
| LOR | 11/18/2005 07:15:38 AM | 20 | | | Sales | ($24.70) | | $10.84 |
| LOR | 11/21/2005 06:26:31 PM | ITS1121 | | | Phone Withdrawal | ($5.00) | | $5.84 |
| LOR | 11/22/2005 10:33:01 PM | ITS1122 | | | Phone Withdrawal | ($5.00) | | $0.84 |
| LOR | 11/30/2005 05:25:57 AM | 70146301 | | | Lockbox - CD | $40.00 | | $40.84 |
| LOR | 12/01/2005 07:06:03 PM | ITS1201 | | | Phone Withdrawal | ($5.00) | | $35.84 |
| LOR | 12/04/2005 05:15:12 PM | ITS1204 | | | Phone Withdrawal | ($5.00) | | $30.84 |
| LOR | 12/07/2005 05:41:20 AM | 70146801 | | | Lockbox - CD | $150.00 | | $180.84 |
| LOR | 12/08/2005 02:52:42 PM | FIPP1105 | | | Payroll - IPP | $17.64 | | $198.48 |
| LOR | 12/13/2005 07:07:53 PM | ITS1213 | | | Phone Withdrawal | ($5.00) | | $193.48 |
| LOR | 12/15/2005 09:03:33 PM | ITS1215 | | | Phone Withdrawal | ($3.00) | | $190.48 |
| LOR | 12/17/2005 08:42:57 AM | ITS1217 | | | Phone Withdrawal | ($5.00) | | $185.48 |
| LOR | 12/18/2005 11:57:46 AM | ITS1218 | | | Phone Withdrawal | ($15.00) | | $170.48 |
| LOR | 12/18/2005 09:42:16 PM | ITS1218 | | | Phone Withdrawal | ($3.00) | | $167.48 |
| LOR | 12/19/2005 05:30:12 AM | 70147603 | | | Lockbox - CD | $80.00 | | $247.48 |
| LOR | 12/20/2005 04:47:47 PM | ITS1220 | | | Phone Withdrawal | ($5.00) | | $242.48 |
| LOR | 12/23/2005 04:32:14 PM | ITS1223 | | | Phone Withdrawal | ($5.00) | | $237.48 |
| LOR | 12/24/2005 07:39:55 PM | ITS1224 | | | Phone Withdrawal | ($3.00) | | $234.48 |
| LOR | 12/26/2005 09:51:01 PM | ITS1226 | | | Phone Withdrawal | ($2.00) | | $232.48 |
| LOR | 12/27/2005 10:00:15 PM | ITS1227 | | | Phone Withdrawal | ($2.00) | | $230.48 |
| LOR | 12/31/2005 08:52:38 PM | ITS1231 | | | Phone Withdrawal | ($5.00) | | $225.48 |
| LOR | 01/03/2006 09:23:33 PM | ITS0103 | | | Phone Withdrawal | ($5.00) | | $220.48 |

Date: 06/20/2006
Time: 2:18:29 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: LOR

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg #: | 16686265 | Living Quarters: | E01-132U |
| Inmate Name: | DELLOSANTOS, JUAN | Arrived From: | |
| Current Site Name: | Loretto FCI | Transferred To: | |
| Housing Unit: | NORTH | Account Creation Date: | 5/23/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LOR | 01/04/2006 05:48:37 AM | 70148601 | | | Lockbox - CD | $60.00 | | $280.48 |
| LOR | 01/04/2006 07:30:15 PM | ITS0104 | | | Phone Withdrawal | ($5.00) | | $275.48 |
| LOR | 01/06/2006 07:39:21 PM | ITS0106 | | | Phone Withdrawal | ($5.00) | | $270.48 |
| LOR | 01/07/2006 07:28:55 PM | ITS0107 | | | Phone Withdrawal | ($3.00) | | $267.48 |
| LOR | 01/08/2006 07:58:54 PM | ITS0108 | | | Phone Withdrawal | ($5.00) | | $262.48 |
| LOR | 01/09/2006 08:55:01 AM | FIPP1205 | | | Payroll - IPP | $5.25 | | $267.73 |
| LOR | 01/10/2006 07:27:33 PM | ITS0110 | | | Phone Withdrawal | ($5.00) | | $262.73 |
| LOR | 01/11/2006 09:58:21 AM | 39 | | | Sales | ($15.00) | | $247.73 |
| LOR | 01/14/2006 10:18:36 AM | ITS0114 | | | Phone Withdrawal | ($2.00) | | $245.73 |
| LOR | 01/14/2006 10:46:39 PM | ITS0114 | | | Phone Withdrawal | ($5.00) | | $240.73 |
| LOR | 01/17/2006 06:49:43 PM | ITS0117 | | | Phone Withdrawal | ($5.00) | | $235.73 |
| LOR | 01/21/2006 03:47:32 PM | ITS0121 | | | Phone Withdrawal | ($3.00) | | $232.73 |
| LOR | 02/10/2006 12:37:03 PM | FIPP0106 | | | Payroll - IPP | $5.25 | | $237.98 |
| LOR | 02/13/2006 05:39:01 AM | 70151303 | | | Lockbox - CD | $100.00 | | $337.98 |
| LOR | 02/21/2006 07:05:28 AM | 16 | | | Sales | ($25.00) | | $312.98 |
| LOR | 03/09/2006 12:53:21 PM | FIPP0206 | | | Payroll - IPP | $5.25 | | $318.23 |
| LOR | 03/24/2006 08:53:20 PM | ITS0324 | | | Phone Withdrawal | ($8.00) | | $310.23 |
| LOR | 03/26/2006 11:16:00 AM | ITS0326 | | | Phone Withdrawal | ($20.00) | | $290.23 |
| LOR | 03/27/2006 05:33:42 PM | ITS0327 | | | Phone Withdrawal | ($5.00) | | $285.23 |
| LOR | 03/29/2006 04:58:42 PM | ITS0329 | | | Phone Withdrawal | ($10.00) | | $275.23 |
| LOR | 04/01/2006 07:09:12 PM | ITS0401 | | | Phone Withdrawal | ($5.00) | | $270.23 |
| LOR | 04/03/2006 06:37:14 PM | ITS0403 | | | Phone Withdrawal | ($5.00) | | $265.23 |
| LOR | 04/06/2006 07:53:30 PM | ITS0406 | | | Phone Withdrawal | ($5.00) | | $260.23 |
| LOR | 04/07/2006 10:06:15 AM | 65 | | | Sales | ($24.55) | | $235.68 |
| LOR | 04/08/2006 11:01:55 PM | ITS0408 | | | Phone Withdrawal | ($5.00) | | $230.68 |
| LOR | 04/10/2006 09:39:16 AM | FIPP0306 | | | Payroll - IPP | $5.25 | | $235.93 |
| LOR | 04/11/2006 05:21:28 PM | ITS0411 | | | Phone Withdrawal | ($10.00) | | $225.93 |
| LOR | 04/14/2006 05:32:53 AM | 70155601 | | | Lockbox - CD | $100.00 | | $325.93 |
| LOR | 04/16/2006 04:44:08 PM | ITS0416 | | | Phone Withdrawal | ($10.00) | | $315.93 |
| LOR | 04/19/2006 11:01:09 PM | ITS0419 | | | Phone Withdrawal | ($10.00) | | $305.93 |

Date: 06/20/2006
Time: 2:18:29 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: LOR

## General Information

| Inmate Reg#: | 16686265 | Living Quarters: | E01-132U |
|---|---|---|---|
| Inmate Name: | DELLOSANTOS, JUAN | Arrived From: | |
| Current Site Name: | Loretto FCI | Transferred To: | |
| Housing Unit: | NORTH | Account Creation Date: | 5/23/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LOR | 04/22/2006 07:54:56 PM | ITS0422 | | | Phone Withdrawal | ($5.00) | | $300.93 |
| LOR | 04/24/2006 06:11:17 PM | ITS0424 | | | Phone Withdrawal | ($5.00) | | $295.93 |
| LOR | 04/25/2006 04:49:16 PM | ITS0425 | | | Phone Withdrawal | ($5.00) | | $290.93 |
| LOR | 04/27/2006 07:29:53 PM | ITS0427 | | | Phone Withdrawal | ($5.00) | | $285.93 |
| LOR | 04/28/2006 04:37:41 PM | ITS0428 | | | Phone Withdrawal | ($10.00) | | $275.93 |
| LOR | 04/30/2006 05:28:05 AM | 70156702 | | | Lockbox - CD | $100.00 | | $375.93 |
| LOR | 05/02/2006 07:06:11 PM | ITS0502 | | | Phone Withdrawal | ($10.00) | | $365.93 |
| LOR | 05/05/2006 09:56:55 PM | ITS0505 | | | Phone Withdrawal | ($10.00) | | $355.93 |
| LOR | 05/07/2006 07:34:44 AM | ITS0507 | | | Phone Withdrawal | ($20.00) | | $335.93 |
| LOR | 05/08/2006 01:36:41 PM | FIPP0406 | | | Payroll - IPP | $5.25 | | $341.18 |
| LOR | 05/08/2006 09:19:27 PM | ITS0508 | | | Phone Withdrawal | ($10.00) | | $331.18 |
| LOR | 05/11/2006 10:44:25 AM | 55 | | | Sales | ($24.25) | | $306.93 |
| LOR | 05/11/2006 09:42:26 PM | ITS0511 | | | Phone Withdrawal | ($5.00) | | $301.93 |
| LOR | 05/14/2006 11:09:13 AM | ITS0514 | | | Phone Withdrawal | ($5.00) | | $296.93 |
| LOR | 05/16/2006 09:43:36 PM | ITS0516 | | | Phone Withdrawal | ($6.00) | | $290.93 |
| LOR | 05/20/2006 04:36:53 PM | ITS0520 | | | Phone Withdrawal | ($10.00) | | $280.93 |
| LOR | 05/25/2006 11:17:04 PM | ITS0525 | | | Phone Withdrawal | ($10.00) | | $270.93 |
| LOR | 06/03/2006 12:43:24 PM | ITS0603 | | | Phone Withdrawal | ($10.00) | | $260.93 |
| LOR | 06/04/2006 08:11:52 AM | ITS0604 | | | Phone Withdrawal | ($15.00) | | $245.93 |
| LOR | 06/07/2006 10:08:37 PM | ITS0607 | | | Phone Withdrawal | ($5.00) | | $240.93 |
| LOR | 06/09/2006 10:29:55 AM | 70159501 | | | Lockbox - CD | $75.00 | | $315.93 |
| LOR | 06/09/2006 01:33:34 PM | FIPP0506 | | | Payroll - IPP | $5.25 | | $321.18 |
| LOR | 06/09/2006 09:41:50 PM | ITS0609 | | | Phone Withdrawal | ($11.00) | | $310.18 |
| LOR | 06/11/2006 02:02:46 PM | ITS0611 | | | Phone Withdrawal | ($10.00) | | $300.18 |
| LOR | 06/11/2006 10:59:23 PM | ITS0611 | | | Phone Withdrawal | ($10.00) | | $290.18 |
| LOR | 06/12/2006 04:39:27 PM | ITS0612 | | | Phone Withdrawal | ($10.00) | | $280.18 |
| LOR | 06/14/2006 06:38:09 PM | ITS0614 | | | Phone Withdrawal | ($10.00) | | $270.18 |
| LOR | 06/15/2006 10:06:38 PM | ITS0615 | | | Phone Withdrawal | ($10.00) | | $260.18 |
| LOR | 06/18/2006 10:11:04 PM | ITS0618 | | | Phone Withdrawal | ($5.00) | | $255.18 |

Date: 06/20/2006  
Time: 2:18:29 pm  

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified  

Facility: LOR

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 16686265 | Living Quarters: | E01-132U |
| Inmate Name: | DELLOSANTOS, JUAN | Arrived From: | |
| Current Site Name: | Loretto FCI | Transferred To: | |
| Housing Unit: | NORTH | Account Creation Date: | 5/23/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| | Total Transactions: | 110 | | | Totals: | $251.73 | $0.00 | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| LOR | $255.18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $255.18 |
| Totals: | $255.18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $255.18 |