Juan Dellosantos
Reg. No. 16686-265
FCI Loretto
P.O. Box 1000
Loretto, PA 15940

FILED
IN CLERKS OFFICE

2006 JUN 29 P 2: 56

IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DISTRICT COURT
DISTRICT OF MASS.

JUAN DELLOSANTOS,                     )
    Defendant-Petitioner,          )
                                   )
                                   )
    vs.                            )          CASE NO.: 04-11624-NMG
                                   )
UNITED STATES OF AMERICA,             )
    Plaintiff-Respondent.          )
_____/

APPLICATION FOR CERTIFICATE OF APPEALABILITY

TO THE HONORABLE COURT:

COMES NOW the Petitioner herein, Juan Dellosantos who appears pro se in the above-styled cause, and for the reasons stated in the memorandum in support accompanying this application, hereby requests a certificate of appealability from this Court's denial of Petitioner's motion under 28 U.S.C. § 2255 based upon the following issues:

1.

Whether the District Court's Dismissal of the Section 2255 Motion Without Notice, and Without an Evidentiary Hearing is a Denial of Procedural Due Process Guaranteed by the Fifth Amendment to the United States Constitution.

2.

Whether the District Court's Analysis of the Ineffective Assistance of Counsel Claims is Contrary to and an Unreasonable Application of Federal Law.

3.

Whether the United States Supreme Court Grant of a Writ of
Certiorari in the Case of **Burton v. Waddington, U.S. No. 05-9222**
(June 6, 2006) Entitles Petitioner to Petitioner to a Certificate of
Appealability, Where Petitioner's Motion Under 28 U.S.C. § 2255
Also Raised the Claim that **Blakely v. Washington, 124 S.Ct. 2531**
(2004) Should be Applied Retroactively.

RESPECTFULLY SUBMITTED,

BY: _Juan de los Santos_
JUAN DELLOSANTOS, <u>pro se</u>
dhj

2

## CERTIFICATE OF SERVICE

This is to certify that I have this date under the pains and penalty of perjury (Title 28 U.S.C. § 1746) served a true and correct copy of the foregoing Application for COA upon counsel of record as follows:[1]

David Hennessy
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Ste., 9200
Boston, Massachusetts 02210

by placing the same in the United States mail, first class postage prepaid and properly affixed thereto.

DATED this 23 day of June, 2006.

BY: _Juan de los Santos_
JUAN DELLOSANTOS, pro se

Reg. No. 16686-265
FCI - Loretto
P.O. Box 1000
Loretto, PA 15940

---

[1]    A prisoner's pro se pleading is deemed filed the date it is delivered to prison authorities for mailing.    See Washington v. United States, 243 F.3d 1299, 1300 (11th Cir. 2001).