Juan Dellosantos
Reg. No. 16686-265
FCI Loretto
P.O. Box 1000
Loretto, PA 15940

FILED
IN CLERKS OFFICE

2006 JUN 29 P 3: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUAN DELLOSANTOS,
   Defendant-Petitioner,

vs.

UNITED STATES OF AMERICA,
   Plaintiff-Respondent.

CASE NO.: 04-11624-NMG

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is hereby given that Juan Dellosantos, the Petitioner in the above-styled cause, appeals to the United States Court of Appeals for the First Circuit from the final Order entered in the above action on April 26, 2006, denying his motion pursuant to 28 U.S.C. § 2255.

DATED this 23 day of June, 2006.

RESPECTFULLY SUBMITTED,

BY: *Juan de los Santos*
JUAN DELLOSANTOS, pro se

## CERTIFICATE OF SERVICE

This is to certify that I have this date under the pains and penalty of perjury (Title 28 U.S.C. § 1746) served a true and correct copy of the foregoing Notice of Appeal upon counsel of record as follows:[1]

David Hennessy
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Ste., 9200
Boston, Massachusetts 02210

by placing the same in the United States mail, first class postage prepaid and properly affixed thereto.

DATED this 23 day of June, 2006.

BY: *Juan de los Santos*
JUAN DELLOSANTOS, pro se

Reg. No. 16686-265
FCI - Loretto
P.O. Box 1000
Loretto, PA 15940

---

[1] A prisoner's pro se pleading is deemed filed the date it is delivered to prison authorities for mailing. See Washington v. United States, 243 F.3d 1299, 1300 (11th Cir. 2001).