APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11624-NMG

Dellosantos v. United States of America
Assigned to: Judge Nathaniel M. Gorton
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 07/19/2004
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Juan Dellosantos** represented by **Juan Dellosantos**
FCI-Loretto
P.O. Box 1000
Loretto, PA 15940
PRO SE

V.

**Respondent**

**United States of America** represented by **David H. Hennessy**
US Attorney's Office
Donohue Federal BLDG.
595 Main Street
Worcester, MA 01608
508-368-0100
Fax: 508-756-7120
Email: david.hennessy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/19/2004 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Juan Dellosantos.(Smith3, Dianne) (Entered: 07/23/2004) |
|  |  |  |

| | | |
|---|---|---|
| | | (Entered: 07/05/2006) |
| 06/29/2006 | 11 | MEMORANDUM OF LAW by Juan Dellosantos to 10 Certificate of Appealability. (Nici, Richard) (Entered: 07/05/2006) |
| 06/29/2006 | 12 | NOTICE OF APPEAL by Juan Dellosantos. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/19/2006. (Nici, Richard) (Entered: 07/05/2006) |

| 07/19/2004 |    | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Smith3, Dianne) (Entered: 07/23/2004) |
|---|---|---|
| 01/31/2005 | 2 | Proposed Document(s) submitted by Juan Dellosantos. Document received: Addendum Citation of Supplemental Authority to the Submitted/Decision Pending. (Barrette, Mark) (Entered: 02/02/2005) |
| 03/21/2005 | 3 | SUPPLEMENTAL BRIEF by Juan Dellosantos to 1 Motion to Vacate/Set Aside/Correct Sentence (2255). c/s. (Bell, Marie) (Entered: 03/21/2005) |
| 03/23/2005 | 4 | Summons Issued as to United States of America, 2255 Service Order. (Nicewicz, Craig) (Entered: 03/24/2005) |
| 03/24/2005 |   | Remark - Service was not made when case was opened, 2255 Service Order has issued. (Nicewicz, Craig) (Entered: 03/24/2005) |
| 04/01/2005 | 5 | MOTION for Extension of Time to June 23, 2005 to Respond to Section 2255 by United States of America.(Hennessy, David) (Entered: 04/01/2005) |
| 04/12/2005 |   | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 5 Motion for Extension of Time (Nicewicz, Craig) (Entered: 04/12/2005) |
| 06/22/2005 | 6 | MEMORANDUM IN OPPOSITION by United States of America to 1 Motion to Vacate/Set Aside/Correct Sentence (2255), c/s. (Attachments: # 1 Exhibit)(Jones, Sherry) (Entered: 06/22/2005) |
| 04/26/2006 | 7 | Judge Nathaniel M. Gorton : ORDER entered. MEMORANDUM AND ORDER"In accordance with the foregoing, Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. 2255 is DENIED and the petition is DISMISSED."(Sonnenberg, Elizabeth) (Entered: 04/26/2006) |
| 05/09/2006 | 8 | Judge Nathaniel M. Gorton : ORDER entered. ORDER DISMISSING CASE(Nicewicz, Craig) (Entered: 05/09/2006) |
| 06/29/2006 | 9 | MOTION for Leave to Appeal in forma pauperis by Juan Dellosantos.(Nici, Richard) (Entered: 07/05/2006) |
| 06/29/2006 | 10 | CERTIFICATE OF APPEALABILITY (Nici, Richard) |