# United States Court of Appeals
## For the First Circuit

---

No. 06-2067

JUAN DELLOSANTOS,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

---

Before

Boudin, <u>Chief Judge</u>,
Stahl, <u>Senior Circuit Judge</u>,
and Lipez, <u>Circuit Judge</u>.

---

JUDGMENT

Entered: May 6, 2008

    Petitioner Juan Dellosantos has filed an application for a certificate of appealability to appeal from the district court's denial of his motion filed under 28 U.S.C. § 2255. After carefully reviewing the record and the petitioner's application, we find, essentially for the reasons given by the district court in its Orders and Memoranda, dated April 26, 2006 and April 30, 2007, that petitioner has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). We add only that petitioner's argument regarding the calculation of his criminal history category has been rejected by this court in other cases. <u>See</u>, <u>e.g.</u>, <u>United States</u> v. <u>Diaz</u>, 519 F.3d 56, 67 (1st Cir. 2008). Finally, we note that petitioner may be entitled to seek a reduction in his sentence under the recent amendment to the sentencing guidelines regarding crack cocaine, <u>see</u> Amendment 706, and 18 U.S.C. § 3582(c)(2). However, we express no opinion on the ultimate viability of such a motion, leaving that question to the district court in the first instance.

Petitioner's application for a COA is <u>denied</u>, and this proceeding is <u>terminated</u>.

By the Court:

/s/ Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*

Deputy Clerk

Date: 7/2/08

[cc: Juan Dellosantos, David Hennessy, Dina Chaitowitz]